IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| WILLIAM CALVIN BULLARD, | * |
| Plaintiff, | * |
| v. | * Case No. CV-07-900077 |
| STEVEN GALLAHER; FRITO LAY, INC.; ROLLING FRITO LAY SALES, L.P.; FRANKLIN TIRE & AUTO, INC., | * * * * |
| Defendants. | * |

*RECEIVED 2007 SEP 10 P 4:50 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), **Frito Lay Inc., Rolling Frito Lay Sales LP** and **Steven Gallaher** hereby give notice to the Circuit Court of Russell County, Alabama; Michael Slocumb, counsel for Plaintiff; and Franklin Tire & Auto Inc., that they filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Eastern Division, and that this case has been removed to that Court. Attached is a copy of the Notice of Removal (without exhibits).

Respectfully submitted,

/s/ Angela R. Rogers

Charles A. Stewart III (CAS067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

1/1616725.1

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this document on the following on the 10th day of September, 2007, by United States Mail, properly addressed and first class postage prepaid:

Michael Slocumb
Slocumb Law Firm LLC
2006 Executive Park Drive, Suite A
Opelika, AL 36801

Franklin Tire & Auto, Inc.
1975 East University Drive
Auburn, Alabama 36830

_____
OF COUNSEL

1/1616725.1