IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIAM CALVIN BULLARD,         *
                                *
        Plaintiff,              *
                                *
v.                              *   Case No. 3:07cv812-WKW
                                *   Removed from the Circuit Court of
STEVEN GALLAHER; FRITO LAY,     *   Russell County, Alabama,
INC.; ROLLING FRITO LAY SALES,  *   Case No. CV-07-90007
L.P.; FRANKLIN TIRE & AUTO, INC.,*
                                *
                                *
        Defendants.             *

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

**Frito Lay Inc.** and **Rolling Frito Lay Sales LP** (collectively referred to as "Frito Lay") hereby state that the following reportable entities under the provisions of the Middle District of Alabama's General Order No. 3047:

> PepsiCo, Inc.
> Frito Lay, Inc.
> Rolling Frito Lay Sales LP
> FL Transportation, Inc.
> Frito Lay North America, Inc.
> S.W. Frito lay, Ltd.

**Steven Gallaher** hereby states that he is an individual with no reportable entities under the provisions of the Middle District of Alabama's General Order No. 3047.

Respectfully submitted,

/s/ Charles A. Stewart III
Charles A. Stewart III (CAS067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com

ATTORNEYS FOR STEVEN GALLAHER, FRITO LAY, INC., AND ROLLING FRITO LAY SALES LP

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this document on the following on the 10th day of September, 2007, by United States Mail, properly addressed and first class postage prepaid:

Michael Slocumb
Slocumb Law Firm LLC
2006 Executive Park Drive, Suite A
Opelika, AL 36801

_____
OF COUNSEL

1/1616601.1