# IN THE U. S. DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM CALVIN BULLARD, | * |
| Plaintiff, | * |
| v. | *   CASE NO. 3:07-CV-812-WKW |
| ROLLING FRITO LAY SALES, L.P., FRITO LAY, INC., STEVEN GALLAHER and FRANKLIN TIRE & AUTO, INC., | * |
| Defendants. | * |

## ANSWER OF DEFENDANT
## FRANKLIN TIRE & AUTO, INC.

COMES NOW the Defendant, FRANKLIN TIRE & AUTO, INC., and in answer to the Plaintiff's Complaint states as follows:

1. The allegations of Counts One, Two, Three, and Four of the Plaintiff's Complaint are not directed at this Defendant and therefore require no response by this Defendant.

2. With respect to the allegations of Count Five (i.e., the worker's compensation count) of Plaintiff's Complaint, Defendant states as follows:

    a. Defendant denies that Plaintiff was its employee and states the Plaintiff was an independent contractor;

    b. Defendant admits receiving notice of the Plaintiff's accident, but paid the Plaintiff no worker's compensation benefits because the Plaintiff was an independent contractor and not the Defendant's employee;

    c. Defendant denies all of the remaining allegations of Count Five of the Plaintiff's Complaint and demands strict proof thereof;

    d. Defendant pleads the right and subrogation to recover against any

settlement or judgment paid to or on behalf of Plaintiff by any other named or unnamed party;

   e.  Defendant reserves the right to amend this Answer to plead additional legal and equitable defenses available to it under the Alabama Worker's Compensation Act, or otherwise.

          /s/ Cowin Knowles
          COWIN KNOWLES (KNO007)
          Attorney for Defendant
          Franklin Tire & Auto, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P. A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680
Fax: (334) 387-3222

## CERTIFICATE OF SERVICE

  I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael W. Slocumb, Esq.
Slocumb Law Firm, L.L.C.
2006 Executive Park Dr., Suite A
Opelika, Alabama 36801

Charles A. Stewart, III, Esq.
Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Ave., Ste. 780
Montgomery, AL 36104

          /s/ Cowin Knowles
          OF COUNSEL