# IN THE U. S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM CALVIN BULLARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO. 3:07-CV-812-WKW |
| | * |
| ROLLING FRITO LAY SALES, L.P., | * |
| FRITO LAY, INC., STEVEN GALLAHER | * |
| and FRANKLIN TIRE & AUTO, INC., | * |
| | * |
| Defendants. | * |

## **CORPORATE CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, the undersigned party to the above-captioned matter hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.


/s/ Cowin Knowles
COWIN KNOWLES     (KNO007)
Attorney for Defendant
Franklin Tire & Auto, Inc.

OF COUNSEL:

BALL, BALL, MATTHEWS & NOVAK, P. A.
P. O. Box 2148
Montgomery, AL 36102-2148
Telephone:  (334) 387-7680
Fax:  (334) 387-3222

CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael W. Slocumb, Esq.
Slocumb Law Firm, L.L.C.
2006 Executive Park Dr., Suite A
Opelika, Alabama 36801

Charles A. Stewart, III, Esq.
Angela R. Rogers, Esq.
Bradley, Arant, Rose & White, LLP
The Alabama Center for Commerce
401 Adams Ave., Ste. 780
Montgomery, AL  36104

                                        /s/ Cowin Knowles
                                        OF COUNSEL