IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CALVIN BULLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-00812-WKW |
| | ) |
| ROLLING FRITO LAY SALES, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Strike (Doc. # 14), it is ORDERED that the defendants shall file a response **on or before November 27, 2007.**

DONE this 8th day of November, 2007.

                                             /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE