IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM CALVIN BULLARD,** | * |
| Plaintiff, | * |
| v. | * Case No. 3:07-cv-812-WKW-SRW |
| **STEVEN GALLAHER; FRITO LAY, INC.; ROLLING FRITO LAY SALES, L.P.; FRANKLIN TIRE & AUTO, INC.,** | * |
| Defendants. | * |

## RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

**Frito Lay Inc., Rolling Frito Lay Sales LP,** and **Steven Gallaher** (collectively referred to as "Frito Lay") state as follows in response to the Plaintiff's Motion to Strike:

1. Plaintiff has moved this Court, on the basis of FED. R. EVID. 408, to strike any of Frito Lay's pleadings or arguments in support of removal that rely on the settlement demand letter received from Plaintiff's counsel.

2. Plaintiff does not challenge that the amount-in-controversy requirement is met but, instead, argues only that the settlement letter is inadmissible and should not be considered.

3. However, Rule 408 prohibits the offer of a settlement letter only when it is offered for the purpose of proving liability for a claim or the invalidity of a claim or its amount. *See* FED. R. EVID. 408. The rule "does not require exclusion when the evidence is offered for another purpose…." *Id.*

4. Plaintiff's settlement letter was submitted with Frito Lay's Notice of Removal solely to prove that the amount in controversy exceeds $75,000, not to prove that a party is liable for the claim or that the claim or the amount of the claim is invalid. *See, e.g., Lapree v.*

*Prudential Fin.*, 385 F.Supp.2d 839, at 849 n. 9 (S.D. Iowa 2005) (holding that settlement letter is relevant on the issue of amount in controversy); *Holmberg v. Polaris Ind. Inc.*, 2005 WL 1167711, at *1 (W.D.Wis., May 16, 2005) (holding Rule 408 inapplicable when settlement offered solely for the jurisdictional purpose of establishing the amount in controversy); *Vermande v. Hyundai Motor America Inc.*, 352 F.Supp.2d 195 at 202 (D.Conn. 2004) ("most courts have sensibly concluded that Rule 408 does not prevent them from considering a settlement demand for purposes of assessing the amount in controversy"); *Archer v. Kelly*, 271 F.Supp.2d 1320, 1323 (N.D. Okla. 2003) (finding Rule 408 does not require exclusion of evidence when offered for another purpose and that offering to show the amount in controversy exceeds the jurisdictional minimum is such a purpose); and *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 at n. 3 (9th Cir. 2002) (finding that settlement letter submitted with removal as proof of the amount in controversy did not violate Rule 408 because it was not offered to establish the amount of defendant's liability but merely to indicate plaintiff's assessment of the value of the case).

     5.    Thus, Frito Lay has not "blatantly" violated the Federal Rules of Evidence, as Plaintiff states, and the settlement letter, clearly relevant to the issue of the amount of controversy, can properly be considered by this Court.

     WHEREFORE, Frito Lay respectfully requests the Court to deny Plaintiff's Motion to Strike.

1/1633588.1

        Respectfully submitted,

        /s/ Angela R. Rogers
        Charles A. Stewart III (CAS067)
        Angela R. Rogers (RAI017)
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        Email:  cstewart@bradleyarant.com
        Email: arogers@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael Slocumb, Esq.
    Slocumb Law Firm LLC
    2006 Executive Park Drive, Suite A
    Opelika, AL  36801

    Cowin Knowles, Esq.
    Ball, Ball, Mathews & Novak, P.A.
    P. O. Box 2148
    Montgomery, AL  36102-2148

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

        s/ Angela R. Rogers
        Angela R. Rogers (RAI017)
        Bradley Arant Rose & White LLP
        The Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        Email: arogers@bradleyarant.com