IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM CALVIN BULLARD,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 3:07-cv-00812-WKW-SRW |
| v. | * | Removed from the Circuit Court of |
| | * | Russell County, Alabama, |
| **STEVEN GALLAHER, et al.,** | * | Case No. CV-07-900077 |
| | * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW WILLIAM CALVIN BULLARD, the Plaintiff in the above-captioned matter, and states that he is an individual with no reportable entities under the Middle District of Alabama's General Order No. 3047.

                                                                                Respectfully submitted,

                                                                                /s/ Michael W. Slocumb
                                                                                MICHAEL W. SLOCUMB (SLO010)
                                                                                ATTORNEY FOR THE PLAINTIFF

OF COUNSELL:

SLOCUMB LAW FIRM, LLC
2006 Executive Park Drive
Suite A
Opelika, Alabama 36801
Tel. No. (334) 741-4110
Fax No. (334) 742-0525

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007 I electronically filed Plaintiffs Opposition to Defendants' Motion to Sever and Remand in the Clerk of Court using the CM/ECF system which sent notice of such filing to counsel for Defendants, Rolling Frito Lay Sales, L.P., Frito Lay, Inc., Steven Gallaher, and Franklin Tire & Auto, Inc., as follows:

    Charles A. Stewart, III
    Angela R. Rogers
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Ave., Suite 780
    Montgomery, AL 36104

    Cowin Knowles
    Ball, Ball, Mathews & Novak, P.A.
    P.O. Box 2148
    Montgomery, Alabama 36102

                            /s/ Michael W. Slocumb_____
                            OF COUNSEL