IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CALVIN BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-812-WKW |
| | ) | |
| | ) | |
| ROLLING FRITO LAY SALES, L.P., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The parties have notified the court this case has settled. The parties are ORDERED to file a joint stipulation of dismissal on or before **April 17, 2008.**

DONE this 27th day of March, 2008.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE