IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **WILLIAM CALVIN BULLARD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   **Case No. 3:07-cv-812-WKW-SRW** |
| | * |
| **STEVEN GALLAHER, et. al,** | * |
| | * |
| Defendants. | * |

## JOINT STIPULATION OF DISMISSAL

The parties have reached a full and final settlement of all claims and stipulate to a dismissal of this action. They ask the Court to dismiss Plaintiff's claims against Steven Gallaher, Frito Lay Inc., and Rolling Frito Lay Sales LP **with prejudice** and to dismiss Plaintiff's claims against Franklin Tire & Auto, Inc. **without prejudice**, with each party to bear its own cost and attorney's fees.

Respectfully submitted on this the 11th day of April, 2008.

/s/ Michael Slocumb
Michael Slocumb, Esq.
Slocumb Law Firm LLC
2006 Executive Park Drive, Suite A
Opelika, AL  36801
(334) 741-4110
Email: mike@slocumblaw.com
**Attorney for William Calvin Bullard**

/s/ T. Cowin Knowles
T. Cowin Knowles, Esq.
Ball, Ball, Mathews & Novak, P.A.
P. O. Box 2148
Montgomery, AL  36102-2148
(334) 387-7680
Email: c-knowles@ball-ball.com
**Attorney for Franklin Tire & Auto, Inc.**

/s/ Angela R. Rogers
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone:  (334) 956-7700
Email: arogers@bradleyarant.com
**Attorneys for Frito Lay Inc., Rolling Frito Lay Sales LP,** and **Steven Gallaher**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **WILLIAM CALVIN BULLARD,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 3:07-cv-812-WKW-SRW |
| | * |
| **STEVEN GALLAHER, et. al,** | * |
| | * |
| **Defendants.** | * |

### ORDER

This cause having come before this Court on the Stipulation of Dismissal of the parties, and this Court having considered the same, it is hereby,

ORDERED, ADJUDGED, AND DECREED that all actions pending in said cause against Defendants **Frito Lay Inc., Rolling Frito Lay Sales LP,** and **Steven Gallaher** are dismissed with prejudice and all actions pending against Franklin Tire and Auto, Inc. are dismissed without prejudice, with each party to bear its own attorney fees and costs.

Done this the ____ day of _____, 2008.

_____
WILLIAM K. WATKINS
DISTRICT JUDGE

cc:    Michael Slocomb, Esq.
       T. Cowin Knowles, Esq.
       Charles A. Stewart III, Esq.
       Angela R. Rogers, Esq.